# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS,
# SHERMAN DIVISION

| | |
|---|---|
| GLOBAL PAYMENTS DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY KENDALL MAINS, <br><br> Defendant. | CIVIL ACTION NO. 4:15-cv-00214 |

## PLAINTIFF'S DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Global Payments Direct, Inc. makes the following disclosure:

Plaintiff is a wholly owned subsidiary of Global Payments, Inc., which is a publicly traded corporation.

Dated this twenty-sixth day of March, 2015.

*Respectfully submitted*,

**FRIED & BONDER LLC**

By:    /s/ Scott L. Bonder
     Scott L. Bonder – **Lead Attorney**
     Georgia Bar No. 066815
     (*Applicant for Admission Pro Hac Vice)*
     Joseph A. White
     Georgia Bar No. 754315
     (*Applicant for Admission Pro Hac Vice*)

White Provision, Suite 305
1170 Howell Mill Road, NW
Atlanta, GA 30318
Phone: (404) 995-8808
Facsimile: (404) 995-8899

  and

**GRAY REED & MCGRAW, P.C.**

By:    /s/ William N. Drabble
     Jonathan D. Hyman
     Texas Bar No. 24032455
     William N. Drabble
     Texas Bar No. 24074154

4600 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
Phone: (214) 954-4135
Facsimile: (214) 953-1332

ATTORNEYS FOR PLAINTIFF